# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DIANA RUIZ,

        Plaintiff,

v.                                        Case No:  6:16-cv-1420-Orl-40TBS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's petition for judicial review of an adverse final decision of the Commissioner of the Social Security Administration ("Commissioner") regarding her claim for disability insurance benefits (Doc. 1) filed on August 9, 2016. The United States Magistrate Judge has submitted a report recommending that the final decision of the Commissioner be affirmed, pursuant to sentence four of 42 U.S.C. § 405(g).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 9, 2017 (Doc. 16), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **AFFIRMED**, pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk is **DIRECTED** to enter judgment in favor of Defendant, the Commissioner of the Social Security Administration and against Plaintiff.

4. The Clerk is further **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on March 27, 2017.

*[signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties